IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLYDE ALEXANDER LONT,**<br>            Petitioner,<br><br>        v.<br><br>**JOHN WETZEL and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>            Respondents. | **CIVIL ACTION**<br><br><br><br>**NO. 16-173** |

## O R D E R

**AND NOW**, this 19th day of December, 2016, upon consideration of Petitioner's Motion for Extension of Time under Rule 4(a)(5)(A)(ii) of the Federal Rules of Appellate Procedure (*See* Third Circuit Order dated 12/15/2015 in *Clyde Alexander Lont v. Secretary of Pennsylvania Department of Corrections, et al*, C.A. No. 16-3662) it is **HEREBY ORDERED** that Petitioner's Motion is **GRANTED**. It is **FURTHER ORDERED** that Petitioner's Notice of Appeal (ECF No. 18) shall be deemed to have been timely filed.

    BY THE COURT:

    /S/WENDY BEETLESTONE, J.

    _____
    **WENDY BEETLESTONE, J.**